[No. 48704-3-I.  Division One.  April 15, 2002.]

NABIL Y. ELIAS, *Petitioner*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-03342-4, Thomas J. Wynne, J., entered June 4, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48914-3-I.  Division One.  April 15, 2002.]

*In the Matter of the Marriage of* CHERYL A. PERRELLA, *Respondent*, and WILLIAM M. PERRELLA, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-3-01034-0, Marilyn R. Sellers, J., entered June 5 and July 27, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48931-3-I.  Division One.  April 15, 2002.]

DONNA M. BUTLER, *Respondent*, v. DONALD M. CALDWELL, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-2-00913-7, David R. Needy, J. Pro Tem., entered May 22, 2001. *Reversed* by unpublished per curiam opinion.

[No. 48965-8-I.  Division One.  April 15, 2002.]

*In the Matter of the Marriage of* LISA MARTIN, *Respondent*, and EDWARD STEPHEN MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-03206-9, Sharon S. Armstrong, J., entered July 6, 2001. *Affirmed* by unpublished per curiam opinion.